*John D. Pray*, for appellant.    *Jackson & Burr*, for respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order reversed, with costs and disbursements.

---

## JACOB B. MURRAY, RESPONDENT, v. JOHN A. VANDER-VEER, APPELLANT.

*County Court — exceptions taken on trial — appeal from judgment.*

Exceptions taken to the rulings of the court, upon the trial of a case in the County Court, will not be passed upon by the General Term until the bill of exceptions has been before the County Court.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action in the County Court, the action having originated in a Justice's Court.

*H. C. Place*, for appellant.    *James Troy*, for respondent.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed.

---

## JOHN BELL, PLAINTIFF IN ERROR, v. THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

*Chap. 395 of 1871 — failure of husband to support wife.*

Where a person is brought before a police justice, under chapter 395 of 1871, charged with an abandonment of, and a failure to support his wife, the fact that his wife had formerly abandoned him, and that she was a dangerous woman, who had formerly offered him violence, does not relieve him from the duty of supporting his family, where there is an offer to live with him and a demand for support.

CERTIORARI to review the conviction of the plaintiff in error, of abandoning his wife and leaving her without adequate means of support.